```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IRAQ TELECOM LIMITED,                     :   21cv10940 (DLC)
                                          :
                     Petitioner,          :   SEALED ORDER
                                          :
          -v-                             :
                                          :
IBL BANK S.A.L.                           :
                                          :
                     Respondent.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On December 21, 2021, the petitioner Iraq Telecom Limited ("Iraq Telecom") moved for an extension of a sealing order and for an attachment in connection with correspondent relationships that respondent IBL Bank S.A.L. ("IBL") maintains with three New York-based banks. The motion for attachment does not identify any deposits owned by IBL in New York and currently in the possession of a New York bank. Nor does it address <u>Shipping Corp. of India v. Jaldhi Overseas Pte Ltd.</u>, 585 F.3d 58, 70 (2d Cir. 2009), and its implications for this application. Accordingly, it is hereby

ORDERED that the motion for attachment is denied.

IT IS FURTHER ORDERED that the motion to extend the sealing of this action is granted to the following extent. This action shall remain sealed until **January 4, 2022**, or in the event a renewed motion for attachment is filed on **January 3, 2022**, until

such renewed motion is decided.

    SO ORDERED:

Dated:    New York, New York
           December 22, 2021

                                            DENISE COTE
                              United States District Judge