```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IRAQ TELECOM LIMITED,                     :   21cv10940 (DLC)
                                          :
                        Petitioner,       :   SEALED ORDER
                                          :
            -v-                           :
                                          :
IBL BANK S.A.L.                           :
                                          :
                        Respondent.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On December 22, 2021, an Order denied an <u>ex parte</u> motion for attachment filed by the petitioner, Iraq Telecom Limited ("Iraq Telecom"), without prejudice. Iraq Telecom renewed its motion on December 29. It is hereby

ORDERED that this action shall remain sealed pending a further Order.

IT IS FURTHER ORDERED that Iraq Telecom shall promptly file a proposed Order of Attachment that identifies the specific funds it seeks to attach by identifying the account numbers and banks.

SO ORDERED:

Dated:   New York, New York
         January 3, 2022

                                      _____
                                              DENISE COTE
                                      United States District Judge