```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :    21cv10940 (DLC)
                                         :
                         Petitioner,     :    ORDER
                                         :
               -v-                       :
                                         :
IBL BANK S.A.L.                          :
                                         :
                         Respondent.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 19, 2022, an Order of Attachment was entered in this sealed case. A second Order on that same date directed the petitioner Iraq Telecom Limited ("Iraq Telecom") to serve the January 19 Order of Attachment on respondent IBL Bank S.A.L. ("IBL") by January 28. On January 27, an Order was entered directing the Clerk of Court to unseal both the docket and select Orders. Today, January 28, the petitioner filed under seal a partial motion requesting certain limited redactions in previously filed documents. It is hereby

ORDERED that the Clerk of Court shall unseal all documents and Orders filed in the above-captioned case, except for the following documents:

(1) Iraq Telecom's Verified Petition to Confirm Foreign Arbitration, dated December 14, 2021 (the "Petition") (34 pages);

(2) Exhibit F attached to the Petition, dated December 8, 2020 (37 pages);

    (3)    Exhibit D attached to the Petition, dated April 23, 2021 (188 pages);

    (4)    Exhibit H attached to the Petition, dated November 6, 2021 (41 pages);

    (5)    Exhibit I attached to the Petition, dated November 22, 2021 (37 pages);

    (6)    Iraq Telecom's Memorandum of Law in Support of Its Motion for an <u>Ex Parte</u> Attachment, dated December 21, 2021 (31 pages); and

    (7)    Iraq Telecom's Memorandum of Law in Support of Its Renewed Motion for an <u>Ex Parte</u> Attachment, dated December 29, 2021 (31 pages).

    (8)    Iraq Telecom's partial motion and supporting documents filed today, January 28, 2022.

IT IS FURTHER ORDERED that Iraq Telecom's January 28 motion to file the above documents with redactions is granted. The petitioner shall promptly file the documents in redacted form on ECF. The petitioner shall also file under seal an unredacted version of each document.

    SO ORDERED:

Dated:    New York, New York
           January 28, 2022

                                                DENISE COTE
                                  United States District Judge