```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :    21cv10940 (DLC)
                                         :
                    Petitioner,          :    SEALED ORDER
                                         :
          -v-                            :
                                         :
IBL BANK S.A.L.                          :
                                         :
                    Respondent.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 19, 2022, two Orders were entered by motion of the petitioner Iraq Telecom Limited ("Iraq Telecom"). The first was an Order of Attachment in connection with correspondent relationships that respondent IBL Bank S.A.L. ("IBL") maintains with three New York-based banks. The second Order directed Iraq Telecom to serve the January 19 Order of Attachment on IBL by January 28, 2022, with unsealing of the above-captioned case to occur on the same date. On January 26, a representative of the one of the affected banks informed the Court that the accounts identified in the January 19 Order of Attachment had been frozen but that the account owner was unaware as to the cause. The case remains under seal. It is hereby

ORDERED that petitioner Iraq Telecom shall promptly serve the respondent IBL with the January 19 Order of Attachment, making such redactions to the Order as Iraq Telecom believes

necessary.

IT IS FURTHER ORDERED that any redactions shall be subject to review of the Court.

SO ORDERED:

Dated: New York, New York
January 27, 2022

*Denise Cote*
DENISE COTE
United States District Judge