UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :    21cv10940 (DLC)
                                         :
                  Petitioner,            :    ORDER
                                         :
          -v-                            :
                                         :
IBL BANK S.A.L.                          :
                                         :
                  Respondent.            :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    Pursuant to a Memo Endorsement of February 4, 2022, it is hereby

    ORDERED that there shall be a conference in the above-captioned case **today at 2:00 pm**.  Due to the ongoing COVID-19 pandemic, the conference will be held telephonically.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:        888-363-4749

        Access code:    4324948

The parties shall use a landline if one is available.

    SO ORDERED:

Dated:   New York, New York
         February 4, 2022

                                                    _____
                                                        DENISE COTE
                                      United States District Judge