```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :   21cv10940 (DLC)
                                         :
                         Petitioner,     :   ORDER
                                         :
                -v-                      :
                                         :
IBL BANK S.A.L.                          :
                                         :
                         Respondent.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 19, 2022, by motion of the petitioner Iraq Telecom Limited ("Iraq Telecom"), an ex parte Order of Attachment was entered in connection with correspondent relationships that respondent IBL Bank S.A.L. ("IBL") maintains with three New York-based banks. On January 31, Iraq Telecom moved to confirm the January 19 Order of Attachment. It is hereby

ORDERED that IBL's proposed briefing schedule is adopted. IBL shall file opposition to Iraq Telecom's January 31 motion to confirm and any cross-motion by **February 14**. Iraq Telecom's reply in support of its motion and opposition to IBL's cross-motion, if any, shall be filed by **February 28**. Any reply shall be due by **March 14**. The parties shall provide the Court with

two courtesy copies of their submissions at the time they are filed.

SO ORDERED:

Dated:    New York, New York
          February 4, 2022

                                   _____
                                        DENISE COTE
                                   United States District Judge