```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IRAQ TELECOM LIMITED,                   :    21cv10940 (DLC)
                                        :
                    Petitioner,         :        ORDER
                                        :
            -v-                         :
                                        :
IBL BANK S.A.L.                         :
                                        :
                    Respondent.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that an oral argument will be held on **Wednesday, March 16, 2022 at 10:00 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here:**

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses. Surgical masks, bandannas,

gaiters and masks with valves are prohibited.

Dated:    New York, New York
          March 2, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge