UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IRAQ TELECOM LIMITED,                :      21cv10940 (DLC)
                                     :
                    Petitioner,      :          ORDER
                                     :
          -v-                        :
                                     :
IBL BANK S.A.L.                      :
                                     :
                    Respondent.      :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

     On January 19, 2022, by motion of the petitioner Iraq

Telecom Limited ("Iraq Telecom"), an ex parte Order of

Attachment was entered in connection with correspondent

relationships that respondent IBL Bank S.A.L. ("IBL") maintains

with three New York-based banks.  On February 4, with consent of

the parties, a modified Order was entered.  Approximately $42

million has been attached pursuant to the January 19 Order.

     On January 31, Iraq Telecom moved to confirm the January 19

Order.  On February 14, IBL opposed the motion and cross moved

to vacate the Order of Attachment.  Oral argument was held on

March 16.  It is hereby

     ORDERED that the January 19 Order of Attachment, as amended

by the February 4 Order, is vacated as to Citibank and JP Morgan

Chase.

IT IS FURTHER ORDERED that, as to Bank of New York Mellon, the January 19 Order of Attachment is vacated as to any amount greater than $3 million.

Dated:     New York, New York
           March 16, 2022

_____
DENISE COTE
United States District Judge