```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :     21cv10940 (DLC)
                                         :
                        Petitioner,      :          ORDER
                                         :
             -v-                         :
                                         :
IBL BANK S.A.L.                          :
                                         :
                        Respondent.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As stated on the record at an Oral Argument held on March 16, it is hereby

ORDERED that IBL shall file opposition to Iraq Telecom's December 14, 2021 verified petition to confirm a foreign arbitration award by **March 25, 2022**. Any reply shall be filed by **April 1**. The parties shall provide the Court with two courtesy copies of their submissions at the time they are filed.

SO ORDERED:

Dated:   New York, New York
         March 16, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge