```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :      21cv10940 (DLC)
                                         :
                         Petitioner,     :      ORDER
                                         :
                -v-                      :
                                         :
IBL BANK S.A.L.                          :
                                         :
                         Respondent.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion granting the petition to confirm a foreign arbitral award in the above-captioned case was filed today. It is hereby

ORDERED that the Petitioner shall present a proposed judgment consistent with the April 8 Opinion to the Respondent by **April 12, 2022**.

IT IS FURTHER ORDERED that the parties shall file the proposed judgement with any objections to its terms by **April 14, 2022**.

SO ORDERED:

Dated:   New York, New York
         April 8, 2022

_____
DENISE COTE
United States District Judge