```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IRAQ TELECOM LIMITED,                   :   21cv10940 (DLC)
                                        :
                       Petitioner,      :        ORDER
                                        :
            -v-                         :
                                        :
IBL BANK S.A.L.                         :
                                        :
                       Respondent.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A final judgment confirming a foreign arbitral award was entered today in the above-captioned case. It is hereby

ORDERED that the parties shall file a status letter by **September 16, 2022,** describing the status of the ongoing second arbitration in Lebanon.

SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                                   _____
                                           DENISE COTE
                                   United States District Judge