```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :    21cv10940 (DLC)
                                         :
                         Petitioner,     :    ORDER
                                         :
              -v-                        :
                                         :
IBL BANK S.A.L.                          :
                                         :
                         Respondent.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 5, 2022, the U.S. Court of Appeals for the Second Circuit issued an Opinion affirming in part and vacating in part this Court's March 16, 2022 Opinion and Order granting an attachment of $3 million. The mandate from the Second Circuit issued on August 29, 2022. Accordingly, it is hereby

ORDERED that the parties shall confer as to whether an attachment in the amount of $17 million is appropriate. If the parties fail to reach an agreement as to the amount of the attachment, the parties shall by **September 16, 2022** propose a briefing schedule resolving any open issue.

SO ORDERED:

Dated:   New York, New York
         August 29, 2022

                                  _____
                                           DENISE COTE
                                  United States District Judge