```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IRAQ TELECOM LIMITED,                    :    21cv10940 (DLC)
                                         :
                    Petitioner,          :    ORDER
                                         :
           -v-                           :
                                         :
IBL BANK S.A.L.                          :
                                         :
                    Respondent.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 5, 2022, the Court of Appeals issued an Opinion affirming in part and vacating in part this Court's March 16, 2022 Opinion and Order granting an attachment of $3 million. The mandate from the Court of Appeals issued on August 29. The case was remanded to reconsider the appropriate amount for the attachment.

On October 7, the parties filed opening briefs regarding the attachment amount. On October 28, the parties filed responsive briefs. Respondent filed a sur-reply on November 17.

IT IS HEREBY ORDERED that a conference shall be held in this case on **January 4, 2023** at **11:00 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New

York 10007.

Dated:      New York, New York
            December 15, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge