```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
IRAQ TELECOM LIMITED,                    :    21cv10940 (DLC)
                                         :
                    Petitioner,          :        ORDER
                                         :
               -v-                       :
                                         :
IBL BANK S.A.L.                          :
                                         :
                    Respondent.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

A conference was held in this case on January 4, 2023. As stated on the record at the conference, it is hereby

ORDERED that the parties shall file by January 9 at 12:00 p.m. the proposed order of attachment. If there is any disagreement regarding the language of the proposed order, each party shall also submit a letter no longer than two (2) pages identifying the disagreement.

Dated:   New York, New York
         January 4, 2023

                                    _____
                                              DENISE COTE
                                      United States District Judge