```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 IRAQ TELECOM LIMITED,                  :     21cv10940 (DLC)
                                        :
                      Petitioner,       :         ORDER
                                        :
             -v-                        :
                                        :
 IBL BANK S.A.L.                        :
                                        :
                      Respondent.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    On May 4, 2023, the respondent filed a letter requesting a temporary stay of the execution of the final judgment.  The petitioner opposed the request on May 5, and the respondent replied on May 6.  It is hereby

    ORDERED that oral argument on the application for a stay shall be held at 2:30 p.m. on May 12, 2023 in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         May 8, 2023

                                      _____
                                         DENISE COTE
                           United States District Judge