UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
IRAQ TELECOM LIMITED,                     :    21cv10940 (DLC)
                                          :
                         Petitioner,      :    ORDER
                                          :
            -v-                           :
                                          :
IBL BANK S.A.L.                           :
                                          :
                         Respondent.      :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

On May 4, 2023, the respondent filed a letter requesting a temporary stay of the execution of the final judgment. The petitioner opposed the request on May 5, and the respondent replied on May 6. The respondent filed another letter in support of its request on May 12. Oral argument on the application was held on May 12. For the reasons stated on the record at oral argument, it is hereby

ORDERED that the application for a stay is denied.

Dated:   New York, New York
         May 12, 2023

                                   _____
                                         DENISE COTE
                                   United States District Judge